**Robert A. CUFFEE, Plaintiff–Appellant,**

v.

**Y. COLEMAN, Head RN Nurse, Lawrenceville Correctional Center, Defendant–Appellee.**

No. 03–6481.

United States Court of Appeals, Fourth Circuit.

Submitted May 29, 2003.

Decided July 24, 2003.

Robert A. Cuffee, Appellant Pro Se.

Before WILKINSON, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Robert A. Cuffee appeals the district court's order dismissing without prejudice his action under 42 U.S.C. § 1983 (2000) for failing to respond to the filing fee order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Cuffee v. Coleman,* No. CA–03–2 (E.D. Va. filed Mar. 5, 2003; entered Mar. 6, 2003). We also deny Cuffee's motion for show cause. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*